# FEDERAL DEFENDERS OF THE MIDDLE DISTRICT OF GEORGIA, INC.

233 12th Street, Suite 400
Columbus, Georgia 31901
Phone: (706) 358-0030 • Fax: (706) 358-0029
Toll Free: 1-866-517-8892
www.gam.fd.org

*Executive Director*
Christina L. Hunt

*Supervisory Assistant Federal Defender*
Timothy R. Saviello

*Assistant Federal Defenders*
Barry Debrow Jr
Jared Westbroek
Catherine M. Williams

*Research & Writing Specialist*
Martin Vogelbaum

July 13, 2015

Honorable Clay D. Land
Chief Judge
United States District Court Middle District of Georgia
U.S. Post Office & Court House
Chambers of Judge Clay D. Land
PO Box 2017
Columbus, GA 31902

<u>**United States v. Seneca D. Hampton 4:14-CR-36**</u>

Dear Judge Land:

Mr. Hampton is scheduled for Sentencing on July 28, 2015, before Your Honor at 9:30am. Mr. Hampton's Sentencing Memorandum is due on July 14, 2015.

Due to the recent resignation of Jose E. Guzman, my caseload has nearly doubled. I returned to the office today from my family vacation in Maine and have a few cases that need my immediate attention and am headed to Crisp County jail for the remainder of today to deal with those cases.

For the reasons stated above, I am respectfully requesting Your Honor allow Mr. Hampton's Sentencing Memorandum be filed on July 16, 2015 rather than July 14, 2015. I have spoken with AUSA Keller and he has no objection.

Thank you for your time and consideration in this matter. Feel free to contact me should you have any questions.

Sincerely,

Timothy R. Saviello
Supervisory Assistant Federal Defender

*Compassionate Service, Zealous Advocacy, Ethical Representation*